UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA     )
                                         )

v.                                    )     No. 2:21-CR-00117-4-JRG-CRW
                                         )

MATTHEW EDWARD MUNNAL,     )
aka "FATT MATT"                )

## **ORDER**

This matter is before the Court on United States Magistrate Judge Cynthia R. Wyrick's Report and Recommendation [Doc. 83], in which Judge Wyrick recommends the Court accept Defendant's guilty plea to the charge in Count One of the Superseding Indictment [Doc. 28], adjudge him guilty of that charge, and order him to remain in custody pending his sentencing hearing. Neither party has timely objected to the report and recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b).

Having reviewed the record, the Court agrees with Judge Wyrick's recommendation. The Court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59(b). For the reasons in the report and recommendation, which the Court adopts and incorporates into this Order, the Court **ACCEPTS** Defendant's guilty plea, and Defendant is hereby **ADJUDGED** guilty of the charge in Count One of the Superseding Indictment. The Court will defer a decision as to whether to accept or reject the Plea Agreement [Doc. 72] until after it has received a presentence investigation report from the United States Probation Office. Defendant **SHALL** remain in custody pending his sentencing hearing.

So ordered.

ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

Case 2:21-cr-00117-JRG-CRW   Document 92   Filed 08/24/22   Page 2 of 2   PageID #: 188